COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



# ORDER ON MOTION

| | |
|---|---|
| Cause Number: | 01-20-00357-CV |
| Trial Court Cause Number: | 2018-09456 |
| Style: | James  Thomas  Green |
| | **v**  Harris County Institute of Forensic Sciences; Luis A. Sanchez, M.D.; Harris County District Attorney's Office; Kim Ogg; and others |
| Date motion filed*: | June 22, 2021 |
| Type of motion: | Motion for Rehearing |
| Party filing motion: | Appellant |
| Document to be filed: | N/A |

Is appeal accelerated? ☐ YES  ☒ NO

Ordered that motion is:

☒  Denied

Judge's signature: /s/ Sarah Beth Landau
☐ Acting individually   ☒ Acting for the Court

Panel consists of  Justices Kelly, Landau, and Hightower

Date: July 27, 2021